Roxanna Tabatabaeepour (SBN 260187)
Roxanna.Taba@capstonelawyers.com
Ryan Tish (SBN 274284)
Ryan.Tish@capstonelawyers.com
Alexander Wallin (SBN 320420)
Alexander.Wallin@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Attorneys for Plaintiff Jose Villanueva

Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:   (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendants TVI, Inc.,
Savers Recycling, Inc., and Savers Value
Village, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VILLANUEVA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVI, INC., a Washington corporation; SAVERS RECYCLING, INC., a Washington corporation; SAVERS VALUE VILLAGE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-01649-BLF<br>Assigned to: Hon. ~~Beth Labson Freeman~~ Noël Wise<br><br>ORDER RE:<br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND STAY CASE PENDING SETTLEMENT APPROVAL**<br><br>Complaint filed:     January 22, 2024<br>Removal filed:       March 15, 2024<br>Pretrial Conference: Sept. 16, 2026<br>Trial:               Sept. 28, 2026 |

**\*\*AS MODIFIED\*\***

---

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE; [PROPOSED] ORDER

## [PROPOSED] ORDER

The Court, having reviewed the Parties' Joint Notice of Settlement and Stipulation to Vacate All Dates and Stay Case Pending Settlement Approval Stay Case, and good cause appearing therefor, hereby ORDERS as follows:

All future deadlines and hearings in this action are hereby VACATED and this action is hereby STAYED pending final approval of the settlement by the Solano County Superior Court.

The Parties shall file a Joint Status Report no later than _____ advising the Court as to the status of settlement approval.

The Court SETS a CMC for January 19, 2027. Case Management Statement due December 31, 2026. In the joint statement, the parties shall provide an update regarding the status of the final approval of the settlement.

**IT IS SO ORDERED.**

Dated: __July 8, 2026_____         _____
                                        HON. BETH LABSON FREEMAN Noël Wise
                                        U.S. DISTRICT COURT JUDGE