Roxanna Tabatabaeepour (SBN 260187)
Roxanna.Taba@capstonelawyers.com
Ryan Tish (SBN 274284)
Ryan.Tish@capstonelawyers.com
Alexander Wallin (SBN 320420)
Alexander.Wallin@capstonelawyers.com
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff Jose Villanueva

Adam Y. Siegel (SBN 238568)
Adam.Siegel@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants TVI, Inc., Savers Recycling, Inc., and Savers Value Village, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE VILLANUEVA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVI, INC., a Washington corporation; SAVERS RECYCLING, INC., a Washington corporation; SAVERS VALUE VILLAGE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:24-cv-01649-~~BLF~~ NW<br><br>**~~[PROPOSED]~~ ORDER AS MODIFIED REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br><br>Judge: Hon. Noël Wise<br>Action Filed: January 22, 2024<br>Removed: March 15, 2024 |

Pursuant to the Parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is REMANDED to the Superior Court of California, County of Santa Clara, Case No. 24CV429597, for all further proceedings.

2. All remaining dates and deadlines in this action are VACATED.

3. The Clerk of Court shall mail a certified copy of this Order to the Clerk of the Superior Court of California, County of Santa Clara.

4. The Clerk of Court shall close the case in this matter.

**IT IS SO ORDERED.**

Dated: November 20, 2026

Hon. Noël Wise
United States District Judge